

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00579-CV

**IN THE INTEREST OF D.J.R.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02365
Honorable Nicole Garza, Judge Presiding

# C O R R E C T E D   O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due September 19, 2022, but was not filed. On October 3, 2022, we ordered the court reporter to file the reporter's record by October 13, 2022, but it was not filed. Accordingly, we ORDER the court reporter to file the reporter's record **by October 28, 2022**. *See* TEX. R. APP. P. 35.3(c).

In the unforeseen event that the court reporter does not comply with this order, we may be required to initiate contempt proceedings.

It is so **ORDERED** on October 19, 2022.

ATTESTED TO: _____      **PER CURIAM**
MICHAEL A. CRUZ,
CLERK OF COURT